v  SEARCH WARRANT (REV. 3/13)

# UNITED STATES DISTRICT COURT
## for the District of Arizona

*In the Matter of the Search of*
*(Briefly describe the property to be searched or identify the person by name and address)*

United States Postal Service Priority Mail Express parcel with tracking number: EI 324 063 175 US

USAO#: N/A

No.  25-05079MB

SEARCH WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

TO:  Any authorized law enforcement officer

Application and Affidavit having been made before me by a federal law enforcement officer, requesting the search of the following ☐ person or ☒ premises known as *(name, description and/or location)*:

**See Attachment A, attached and incorporated by reference herein**

located in the District of Arizona is believed to conceal *(identify the person or describe the property to be seized)*:

**controlled substances and/or material relating to the distribution of controlled substances through the United States mail, possessed in violation of title 21, United States Code, sections 841(a)(1), 843(b) and 846 as evidence of said violations.**

I find that the affidavit(s), and/or any recorded testimony, establish probable cause to search and seize the person or property described.

YOU ARE COMMANDED to execute this warrant on or before   June 16, 2025
*(not to exceed 14 days)*

☒  in the daytime 6:00 a.m. to 10:00 p.m.      ☐  at any time in the day or night as I find reasonable cause has been established.

You must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the United States Magistrate Judge who authorized this warrant.

Sworn to me telephonically.

June 1, 2025 at 11:52  a.m.
*Date & Time Issued*

Tucson, Arizona
*City and State*

*Judge's signature*

Maria S. Aguilera, United States Magistrate Judge
*Printed name and title*

25-05079MB

ATTACHMENT A

DESCRIPTION OF PARCEL TO BE SEARCHED

1. SP: A United States Postal Service (USPS) Priority Mail Express (PME) parcel.  The parcel has tracking number EI 324 063 175 US, with $32.25 in postage, postmarked from Nogales, Arizona on May 28, 2025.  It has a return address of "2133 N Grand Ave TLRL #40 85621" and is addressed to "Justin Colarusso 26 Elm St Douglas, MA 01516". The article consists of a white padded flat rate envelope measuring approximately 9.5" x 12.5" and weighs approximately 11 ounces.  It is hereafter referred to as "SUBJECT PARCEL 1".

# RETURN

Case No.: 25-05079MB

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
|  |  |  |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

## NOT EXECUTED

☐    This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: _____

                                                            Executing Officer's Signature

                                          James McFeely, Postal Inspector
                                                   Printed Name and Title

# UNITED STATES DISTRICT COURT
## for the District of Arizona

*In the Matter of the Search of*
*(Briefly describe the property to be searched or identify the person by name and address)*

United States Postal Service Priority Mail Express parcel with tracking number: EI 324 063 175 US

USAO#: N/A

No. 25-05079MB

APPLICATION FOR SEARCH WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, James McFeely, a federal law enforcement officer, request a search warrant and state under penalty of perjury that I have reason to believe that ☐ on the person of or ☒ on the premises known as *(name, description and/or location)*:

**See Attachment A, attached and incorporated by reference herein**

located in the District of Arizona there is now concealed *(identify the person or describe the property to be seized)*:

**controlled substances and/or material relating to the distribution of controlled substances through the United States mail, possessed in violation of title 21, United States Code, sections 841(a)(1), 843(b) and 846 as evidence of said violations.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of 21 U.S.C. §§ 841(a)(1), 843(b) and 846.

The application is based on these facts:

**See attached Affidavit incorporated by reference herein.**

*James McFeely*
*Applicant's signature*

James McFeely, United States Postal Inspector
*Printed name and title*

Sworn to me telephonically.

June 1, 2025
*Date*

Tucson, Arizona
*City and State*

*Maria S. Aguilera*
*Judge's signature*

Maria S. Aguilera, United States Magistrate Judge
*Printed name and title*

ATTACHMENT A

DESCRIPTION OF PARCEL TO BE SEARCHED

1. SP: A United States Postal Service (USPS) Priority Mail Express (PME) parcel. The parcel has tracking number EI 324 063 175 US, with $32.25 in postage, postmarked from Nogales, Arizona on May 28, 2025. It has a return address of "2133 N Grand Ave TLRL #40 85621" and is addressed to "Justin Colarusso 26 Elm St Douglas, MA 01516". The article consists of a white padded flat rate envelope measuring approximately 9.5" x 12.5" and weighs approximately 11 ounces. It is hereafter referred to as "SUBJECT PARCEL 1".