# RETURN

☒ FILED  ☐ LODGED

**Jun 02 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Case No.: 25-05079MB

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 6-2-25 | 6-2-25  1250 pm | N/A |

INVENTORY MADE IN THE PRESENCE OF  W. AKINS & J. McFeely

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

- parcel packaging & wrappings

- 35 grams unknown pharmaceutical drug

## NOT EXECUTED

☐ This Warrant was Not Executed.
(check this box if the warrant was never executed and leave the sections above blank.)

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 6-2-25

_____
Executing Officer's Signature

James McFeely, Postal Inspector
Printed Name and Title